**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                     NO. 4:12CR00233-01 JLH

EDWARD SHEA BLACKBURN                                                           DEFENDANT

**ORDER**

The hearing on the government's Superseding Motion to Revoke the Supervised Release of defendant Edward Shea Blackburn is hereby rescheduled for **TUESDAY, SEPTEMBER 13, 2016, at 9:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #41.

IT IS SO ORDERED this 30th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE