**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                             NO. 4:12CR00233-10 JLH

EDWARD SHEA BLACKBURN                                                                                    DEFENDANT

**ORDER**

Court convened for a scheduled hearing on the government's superseding motion to revoke the supervised release of defendant Edward Shea Blackburn on Tuesday, September 13, 2016. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, David Cannon.

At the onset of the hearing the parties jointly requested that the matter be held in abeyance for a period of ninety (90) days to allow the defendant the opportunity to immediately enter into an in-patient substance abuse treatment program. The request was granted.

IT IS THEREFORE ORDERED that defendant Edward Shea Blackburn's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program at the Freedom House in Russellville, Arkansas, under the direction of the United States Probation Office for a period of time to be determined.

- Upon successful completion of the in-patient substance abuse treatment program, defendant will enter a chemical-free living program as directed by the United States Probation Office.

- The defendant must not have any contact with Jennifer Burch while under the supervision of this Court.

In the event the defendant is found to be in violation of his conditions of supervised release, or is terminated from either the in-patient substance abuse treatment program or the chemical-free living program, the government is directed to submit the appropriate motion and the Court will

conduct a hearing.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 13th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE